# BMPE MONEY LAUNDERING CYCLE



# BMPE MONEY LAUNDERING CYCLE

# BMPE MONEY LAUNDERING CYCLE

# BMPE MONEY LAUNDERING CYCLE

# BMPE MONEY LAUNDERING CYCLE

# BMPE MONEY LAUNDERING CYCLE

# BMPE MONEY LAUNDERING CYCLE