

BCT 2